### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**THADDEUS JARVIS**                                                 **PLAINTIFF**

**v.**                                    **No. 4:24CV3-MPM-RP**

**BURL CAIN, ET AL.**                                      **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendant's motions [43], [50] for summary judgment are **GRANTED**, and the instant case is **DISMISSED**. All of the plaintiff's allegations, except his claim regarding a delay in placing him in the MDOC drug and mental health program, are **DISMISSED** without prejudice for failure to exhaust administrative remedies. His remaining allegation (denial of placement in a mental health and substance abuse program) is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

In light of this ruling, the plaintiff's motion [57] to propound discovery is **DISMISSED** as moot. In addition, as his allegations against all defendants, including Richard Pennington have been dismissed, his motion [42] for default judgment against Pennington will also be dismissed as moot. This case is **CLOSED**.

**SO ORDERED**, this, the 13th day of May, 2026.

                                         /s/Michael P. Mills
                                         UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF MISSISSIPPI